IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JASON M. BRUNO, | ) | 8:12CV271 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MRS BPO, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on Plaintiff's Notice of Case Dismissal, which the court liberally construes as a Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41. (Filing No. 7.) Plaintiff's Motion asks this court to dismiss the case with prejudice with each party to pay its own fees and costs. (*Id.*)

    Pursuant to Federal Rule of Civil Procedure 41, a court may grant a plaintiff's request for voluntary dismissal "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, Defendant has not objected to the Motion, and the time in which to do so has now passed. Accordingly, the court finds that voluntary dismissal is proper.

    IT IS THEREFORE ORDERED that: Plaintiff's Motion for Voluntary Dismissal (Filing No. 7) is granted, and this matter is dismissed with prejudice with each party to pay its own fees and costs. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 8th day of November, 2012.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.